

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00315-CV

**IN RE** Juan **FERDIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Irene Rios, Justice

On May 15, 2018, relator filed a petition for writ of mandamus and a motion for an emergency stay of the underlying proceedings pending resolution of this mandamus proceeding. After we granted the stay, the real party in interest filed a response. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 17, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-03-0246-CVA, styled *Juan Ferdin v. Salinas Construction Technologies, Ltd.*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Dick Alcala presiding.